UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOREEN ANNETTE WATSON, individually
and as Successor-in-Interest to the
ESTATE OF RAYMOND LAWRENCE WATSON,
II, deceased,

               Plaintiffs,

  v.                                        NO. CIV. S-03-592 LKK/DAD

SOCIETE NATIONALE INDUSTRIELLE
AEROSPATIALE, a French
corporation owned by the
Republique Francaise; AMERICAN
EUROCOPTER CORPORATION, a               O R D E R
Delaware corporation; PITT
HELICOPTERS, INC. a Nevada
corporation; MOUNTAIN LIFE FLIGHT,
L.P., a California limited
partnership; MOUNTAIN E.M.S., INC.,
a California corporation; and
DAVID R. REGER, an individual
residing in California,

               Defendants.
                                    /

    A motion for good faith settlement determination is scheduled for October 24, 2005 on the court's Law and Motion calendar in the above-captioned case.  The court is in receipt of plaintiffs'

1

1  request for immediate ruling without hearing on the motion for good
2  faith determination.
3      Although plaintiffs represent to the court that "[a]ll
4  currently named parties have signed 'reviewed and approved as to
5  form and content' the (proposed) order granting the motion,"
6  plaintiffs also concede that there are "potential future additional
7  parties" who may have an interest in the litigation.  Mot. at 3-4.
8  Out of an abundance of caution and because of the numerous parties
9  involved in this litigation, the court DENIES plaintiffs' request
10 for an immediate ruling on the matter.
11     IT IS SO ORDERED.
12     DATED:  September 29, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2