UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOREEN ANNETTE WATSON, individually
and as Successor-in-Interest to the
ESTATE OF RAYMOND LAWRENCE WATSON,
II, deceased,

        Plaintiffs,

  v.                            NO. CIV. S-03-592 LKK/DAD

SOCIETE NATIONALE INDUSTRIELLE
AEROSPATIALE, a French
corporation owned by the
Republique Francaise; AMERICAN
EUROCOPTER CORPORATION, a               O R D E R
Delaware corporation; PITT
HELICOPTERS, INC. a Nevada
corporation; MOUNTAIN LIFE FLIGHT,
L.P., a California limited
partnership; MOUNTAIN E.M.S., INC.,
a California corporation; and
DAVID R. REGER, an individual
residing in California,

        Defendants.
                                  /

    The court is in receipt of plaintiff's motion for leave to file a amended complaint identifying DOE defendants.

////

1

1     Plaintiff, Doreen Watson, moves to amend under Federal Rule
2 of Civil Procedure 15(a).  Rule 15 does not provide the standard
3 by which to consider a motion to amend at this time.  Because a
4 scheduling order has been issued in this case, plaintiff's motion
5 to amend is governed by Federal Rule of Civil Procedure 16(b), not
6 Rule 15.  Thus, the plaintiff's motion to amend under Rule 15 is
7 untimely.  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604
8 (9th Cir. 1992).
9     Plaintiff has not made the requisite showing under Rule 16(b)
10 and therefore the motion is DENIED without prejudice.
11     IT IS SO ORDERED.
12     DATED:  October 26, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT