1  Michael J. Harrington, Esq., CBN 144737
   LAW OFFICES OF MICHAEL J. HARRINGTON
2  430 D Street
   Davis, California 95616
3  (530) 759-8440

4  David K. Wilson, Esq., TX BN 21672500
   WILSON AND COBLE
5  2009 Independence Drive, Suite 101
   P.O. Box 878
6  Sherman, Texas 75091
   (903) 870-9050

7
   Attorneys for Plaintiffs
8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  _____ ) CASE NO. CIV S-03-592 LKK DAD
    DOREEN ANNETTE WATSON, et al.,  )
13                                  )
              Plaintiffs,           ) STIPULATION AS TO DISMISSALS OF
14                                  ) SETTLING PARTIES; and ORDER
                                    )
15       vs.                        )
                                    )
16                                  )
    SOCIETE NATIONALE INDUSTRIELLE  )
17  AEROSPATIALE, et al.,           )
                                    )
18            Defendants.           )
    _____ )
19

20

21       Following settlements approved by this Court on October 24,

22  2005, Defendants PITT HELICOPTERS, INC., a Nevada Corp.;

23  MOUNTAIN LIFE FLIGHT, L.P., a California Limited Partnership;

24  MOUNTAIN E.M.S., INC., a California Corp.; and DAVID REGER,

25  individually and d/b/a MOUNTAIN AVIATION SERVICES are hereby

26  dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), each

27  party to bear its own fees and costs.

    WATSON v. S.N.I.A., et al.; Case No. CIV-S-03-592 LKK DAD;
28  STIPULATION AND ORDER DISMISSING SETTLING DEFENDANTS          -1-

1    For all purposes, including enforcement of the rights and

2  responsibilities of the parties, this Court reserves all

3  necessary personal and subject matter jurisdiction over the

4  settling parties and this action until all claims arising from

5  the subject accident are completed, and all appeals, if any, are

6  exhausted and appeal times expired.

7

8  IT IS SO ORDERED.

9
   DATED: November 1, 2005
10

11

12  /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
13  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27
    WATSON v. S.N.I.A., et al.; Case No. CIV-S-03-592 LKK DAD;
28  STIPULATION AND ORDER DISMISSING SETTLING DEFENDANTS          -2-

1    STIPULATED AND APPROVED AS TO FORM AND CONTENT this 24th day of
2    October, 2005.

3    /s/ Michael J. Harrington
     _____
4    Michael J. Harrington, Esq.
     Attorney for DOREEN WATSON, Plaintiff

STIPULATED AND APPROVED AS TO FORM AND CONTENT this 24ᵗʰ day of October, 2005.

BAILEY AND PARTNERS, P.C.


        /s/ Stephen L. Nelson
By: _____

        Stephen L. Nelson, Esq.

        Attorneys for PITT HELICOPTERS, INC., a Nevada
        Corporation, Defendant

1  STIPULATED AND APPROVED AS TO FORM AND CONTENT this 24th day of
2  October, 2005.

3  KENNEY & MARKOWITZ, L.L.P.

4
        /s/ Harvey Elam
5  By: _____
        Donald Honigman, Esq.
6       Harvey Elam, Esq.

7       MOUNTAIN LIFE FLIGHT, L.P., a California Limited
        Partnership; MOUNTAIN E.M.S., INC., a California Corp.; and
8       DAVID R. REGER, individually, and d/b/a MOUNTAIN
        AVIATION SERVICES, Defendants

9

10  03cv592.dismiss.1101.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28