UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOREEN ANNETTE WATSON, individually
and as Successor-in-Interest to the
ESTATE OF RAYMOND LAWRENCE WATSON,
II, deceased,

    Plaintiffs,

  v.                                  NO. CIV. S-03-592 LKK/DAD

SOCIETE NATIONALE INDUSTRIELLE
AEROSPATIALE, a French
corporation owned by the
Republique Francaise; AMERICAN
EUROCOPTER CORPORATION, a                O R D E R
Delaware corporation; PITT
HELICOPTERS, INC. a Nevada
corporation; MOUNTAIN LIFE FLIGHT,
L.P., a California limited
partnership; MOUNTAIN E.M.S., INC.,
a California corporation; and
DAVID R. REGER, an individual
residing in California,

    Defendants.
_____/

    On March 29, 2005 the court entered judgment in favor of defendant Eurocopter, S.A.S. After granting a motion for a finding of good faith settlement, on November 2, 2005, the court dismissed

1

1 defendants Pitt Helicopter, Mountain Life Flight, Mountain E.M.S,
2 and David Reger, dba Mountain Aviation Services.  All other
3 defendants have been terminated at various dates.  Defendant
4 Societe Nationale was the predecessor and parent company of
5 Eurocopter S.A.S. and thus never answered or appeared in the case.
6 The Clerk is therefore directed to CLOSE the above-captioned case.
7     IT IS SO ORDERED.
8     DATED:  May 3, 2006.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT